**Dismissed and Opinion Filed October 1, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00978-CV**

**IN THE INTEREST OF E.D. AND R.M., CHILDREN**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-23-00939**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Goldstein, and Miskel
Opinion by Justice Partida-Kipness

By letter dated August 26, 2024, we questioned our jurisdiction over this appeal because the notice of appeal appeared to be untimely. We directed appellant to file a letter brief addressing the jurisdictional issue no later than September 5, 2024. In our letter, we cautioned appellant that the appeal was subject to dismissal without further notice should he fail to file the requested letter brief. To date, appellant has not filed the requested letter brief.

Under the record before us, we conclude appellant's notice of appeal was not timely filed. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(b), (c); *see also Brashear v. Victoria Gardens of McKinney, L.L.C.*,

302 S.W.3d 542, 545 (Tex. App.—Dallas 2009, no pet.) (op. on reh'g) (timely filing of notice of appeal jurisdictional).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

240978F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF E.D. AND
R.M., CHILDREN

No. 05-24-00978-CV

On Appeal from the 256th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-23-00939.
Opinion delivered by Justice Partida-
Kipness. Justices Goldstein and
Miskel participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee TsehayAregay recover her costs of this appeal from appellant Dereje Duda.

Judgment entered October 1, 2024